SUMMIT CONTRACTORS, INC.,
Plaintiff–Appellant,

v.

CRUM & FORSTER SPECIALITY
INSURANCE COMPANY,
Defendant–Appellee.

No. 15–11051.

United States Court of Appeals,
Eleventh Circuit.

March 7, 2016.

Mark Andrew Boyle, Sr., Amanda K. Anderson, Molly Ann Chafe, Debbie Sines Crockett, Boyle Gentile & Leonard, PA, Fort Myers, FL, for Plaintiff–Appellant.

Holly S. Harvey, Patricia Ann Leid, Thornton Davis & Fein, PA, Miami, FL, for Defendant–Appellee.

Before WILLIAM PRYOR and FAY, Circuit Judges, and ROBRENO,* District Judge.

* Honorable Eduardo C. Robreno, United States District Judge for the Eastern District of

PER CURIAM:.

Summit Contractors, Inc. ("Summit") appeals summary judgment granted to Crum & Forster Specialty Insurance Company ("Crum & Forster") in its action under a general liability insurance policy seeking a determination of the applicability of the Self–Insured Retention Endorsement in the policy issued by Crum & Forster. After studying the briefs, reviewing the record, and hearing oral argument in this case, we affirm the judgment of·the district court granting summary judgment to Crum & Forster and denying summary judgment to Summit for the reasons set forth in its Order, .dated February 12, 2015.

**AFFIRMED.**